IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 3:24-cr-109-HTW-LGI

JAMES WILLIE STEVENS III

NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that the undersigned hereby enters his appearance as counsel for the United States of America:

Matthew W. Allen
Assistant U.S. Attorney
501 E. Court Street, Ste 4.430
Jackson, MS 39201
Ph: (601) 965-4480
Mississippi Bar No. 101605
E-mail: matthew.allen2@usdoj.gov

Service of all pleadings, papers, and documents required to be served in this action on the Defendant should also be served on the above-named appearing counsel for the Government.

THIS, the 2nd day of September 2026.

Respectfully submitted,

J.E. BAXTER KRUGER
United States Attorney

By: *s/ Matthew W. Allen*

Matthew W. Allen
Assistant U.S. Attorney
501 E. Court Street, Ste 4.430
Jackson, MS 39201
Ph: (601) 965-4480
Mississippi Bar No. 101605

**CERTIFICATE OF SERVICE**

I hereby certify that on 2nd day of September 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system notification of the "Notice of Appearance" will be electronically forwarded to all counsel of record.

*s/ Matthew W. Allen*
Matthew W. Allen
Assistant U.S. Attorney